Michael LESTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62497.

Missouri Court of Appeals,
Western District.

June 22, 2004.

Ruth Sanders, Kansas City, MO, for appellant.

Deborah Daniels, Jeremiah W. (Jay) Nixon, Atty. Gen., and Michael J. Spillane, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, C.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Mr. Michael Lester appeals from the judgment of the motion court, which denied his request for post-conviction relief under Rule 29.15. For the reasons explained in the memorandum furnished to the parties, we affirm the judgment of the motion court. Rule 84.16(b).